**Waneley Wray BROWN, a/k/a Waynely Brown, Petitioner-Appellant,**

v.

**UNITED STATES of America, Respondent-Appellee.**

No. 17-6821

United States Court of Appeals, Fourth Circuit.

Submitted: November 16, 2017

Decided: December 6, 2017

Waneley Wray Brown, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Asheville, North Carolina, for Appellee.

Before WILKINSON and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Waneley Wray Brown appeals the district court's order and judgment denying his petition for a writ of error coram nobis. We have reviewed the record and find no reversible error. Accordingly, we affirm

of Prayer's later filings tolled the time for appealing the district court's order denying his § 2255 motion.

for the reasons stated by the district court. *Brown v. United States*, No. 1:17-cv-00017-MR, 2017 WL 2643255 (W.D.N.C. June 19, 2017). We grant Brown leave to proceed in forma pauperis and his motion to supplement his informal brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*